JAMES WENDT
Law Offices of James Alan Wendt
425 G Street, Suite 610
Anchorage, Alaska 99501
(907) 258-9100
Facsimile: (907) 258-7329
Email: jawlaw@ak.net

Attorney for Defendant Martin Thornley Elze

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:18-cr-00110(SLG)(DMS) |
| vs. | ) | |
| | ) | **DEFENDANT'S SENTENCING** |
| MARTIN THORNLEY ELZE | ) | **MEMORANDUM** |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW the defendant, MARTIN THORNLEY ELZE, and submits his sentencing memorandum.

## DISAGREEMENTS WITH THE PRESENTENCE REPORT

### Paragraphs 44, 45 and 94 Addition of 2 Criminal History Points for Being Under a Criminal Justice Sentence

It is Defendant's intent to seek an Alaska Court ruling on his probation/parole status. In the event he is successful on having his probation/parole period shortened to a time prior to the instant offense he will seek resentencing.[1]

### Paragraph 53 Stating a Witness Reported Seeing Defendant Strike a Woman

---

[1]     *U.S. v. LaValle*, 175 F.3d 1106, 1108 (9th Cir. 1999)(Holding resentencing required upon a defendant's prior state conviction being vacated and removing Defendant's career offender status.

Paragraph 53 states that a witness "reported seeing [the Defendant] strike a woman." This was taken from an Information filed in Court. Such documents are authored by Assistant District Attorneys who in turn take the information from police reports. The actual police report in the case states that the witness "never saw the actual assault take place."[2] It is respectfully requested that paragraph 53 be corrected to state that the defendant was not witnessed striking a woman.

### **Paragraph 110 Stating the Defendant has a History of Violence and Assault**

Mr. Elze maintains he has no history of violent. Though he does acknowledge a conviction decades ago for attempted murder points out it did not involve an actual assault on a person. It is requested that reverences to violence and assault be removed..

## **THE SENTENCING RANGE IS REASONABLE**

The defendant concurs that a sentencing range of 27 to 33 months is reasonable under the circumstances of the present case and argues for a sentence of 27 months. The instant case is a relatively ordinary theft involving the breaking of a window in a door after hours and making off with a mammoth tusk. The defendant prior history is "moderate" as described by the Presentence Report Writer[3] though he has been assigned criminal history category IV. The guideline determination has already imposed a two point upward adjustment for obstruction[4] though the obstruction was both ineffective and more suggestive than aggressive. It should also be noted that Defendant's criminal activities have significantly decreased with his last conviction being more than 15 years prior to the instant offense.

The defendant respectfully requests that the Court impose a sentence of 27 months.

.       DATED at Anchorage, Alaska this 3 day of April, 2019.

LAW OFFICES OF JAMES ALAN WENDT

__/s/ James Wendt_____
Attorney for Martin Thornley Elze
Alaska Bar No. 9201001

---

[2]       Exhibit "A"
[3]       Presentence Report , para. 110.
[4]       *Id*. at para.27

I hereby certify that on April 3, 2019 a copy of foregoing Defendant's
Sentencing Memorandum was served electronically on:

All Attorneys of Record

LAW OFFICES OF JAMES ALAN WENDT

__ /s/ James Wendt_____