| | | Municipality of Anchorage POLICE DEPARTMENT PROPERTY REPORT | | UCR CODE 26 | CLASS |
|---|---|---|---|---|---|
| ☐ FEL ☒ MISD ☐ NC | | | | | |
| CROSS REF. # | | | | CASE NUMBER 17-043658 | |
| TYPE INCIDENT ASSAULT/ASSAULT INFO | ☒ ORIGINAL REPORT ☐ SUPPLEMENTAL REPORT | DATE AND TIME OCCURRED 10/23/2017 15:30 | | INCIDENT # A172960466 | |
| LOCATION INCIDENT | | DATE AND TIME REPORTED 10/23/2017 16:48 | | ARREST Y | |

marriage", they don't live in the bus together but they do live together. Today she shut a window to the bus which caused it to break. MARTIN got upset and they started arguing. CORDELIA said MARTIN slapped her once on the left side of the face and it caused pain. CORDELIA immediately said she did not want charges pressed on MARTIN. When asked what was going through her mind during the incident she could not answer.

INTERVIEW WITH TEENA GILE (Audio Recorded)

Security was able to locate a witness to the altercation. TEENA said she witnessed the disturbance between MARTIN and CORDELIA in the parking lot. TEENA saw both of them screaming at each other and CORDELIA was holding the left side of her face. MARTIN attempted to kick CORDELIA but missed. TEENA said she never saw the actual assault take place but it was clear that MARTIN was the primary aggressor.

ADDITIONAL INFORMATION

It was determined that we had probable cause for the purposes of arresting MARTIN for DV assault and resisting arrest. MARTIN complained of pain on his hip, ears, and head. Photos were taken of MARTIN and CORDELIA refused to have photos taken of her. I handed her a DV Recourse booklet and said she was not interested and did not want me to read it. A subpoena was issued to TEENA.

ACTIONS TAKEN

OFC BROWN briefed SGT NEER on the use of force. Audio was recorded and downloaded into APD servers. Photos were taken and entered into APD Property and Evidence. See OFC BROWN's report for more information. This report is being forwarded to Adult Probations

CASE STATUS
 CLOSED